## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No.: 11-80418-CIV-MIDDLEBROOKS/JOHNSON

PATTI MONOSON,

Plaintiff,

vs.

SYNDICATED OFFICE SYSTEMS, INC.,

Defendant.

_____/

### NOTICE OF SETTLEMENT

Plaintiff, PATTI MONOSON, (hereinafter referred to as "Plaintiff"), through undersigned counsel, hereby notifies the Court that a settlement has been reached in the instant matter.  The parties intend to shortly file a joint stipulation for dismissal as soon as the settlement documents are finalized.

Dated: September 30, 2011                        Respectfully submitted,

/s Andrew I. Glenn_____
Andrew I. Glenn
E-mail:  Andrew@cardandglenn.com
Florida Bar No. 577261
J. Dennis Card, Jr.
E-mail:  Dennis@cardandglenn.com
Florida Bar No. 0487473
Card & Glenn, P.A.
2501 Hollywood Boulevard, Suite 100
Hollywood, Florida 33020
Telephone:  (954) 921-9994
Facsimile:   (954) 921-9553
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 30, 2011, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

/s Andrew I. Glenn___
Andrew I. Glenn

## SERVICE LIST

Alan D. Lash, Esq.
Florida Bar No. 0510904
Email: alash@lashgoldberg.com
Luca Bronzi, Esq.
Florida Bar No. 0015628
Email: lbronzi@lashgoldberg.com
LASH & GOLDBERG LLP
Bank of America Tower, Suite 1200
100 Southeast 2nd Street
Miami, FL 33131
Telephone: (305) 347-4040
Facsimile: (305) 347-4050
Attorneys for Defendant
Served via CM/ECF