UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-80418-CV-MIDDLEBROOKS/JOHNSON

PATTI MONOSON,

    Plaintiff,

v.

SYNDICATED OFFICE SYSTEMS,
INC.,

    Defendant.
_____/

## ORDER AFFIRMING THE PARTIES' JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

THIS CAUSE comes before the Court upon the Parties' Joint Stipulation of Dismissal with Prejudice ("Joint Stipulation") (DE 25), filed October 21, 2011. I have reviewed the Parties' Joint Stipulation and am otherwise fully advised in the premises. The Parties filed their Joint Stipulation pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. *See* Fed. R. Civ. P. 41(a). The Parties filed their Joint Stipulation before Defendant served an Answer or filed a Motion for Summary Judgment.

Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Parties' Joint Stipulation of Dismissal with Prejudice (DE 25) is **AFFIRMED**. This case is **DISMISSED WITH PREJUDICE** against Defendant, and the Clerk of the Court shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this 26 day of October, 2011.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to:    Counsel of record

1